No. 653, Misc. SMITH *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 656, Misc. DAVIS *v.* CALIFORNIA. Appellate Department, Superior Court of California, County of Los Angeles. Certiorari denied. Petitioner *pro se. Roger Arnebergh* and *Philip E. Grey* for respondent.

No. 662, Misc. IVEY *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 667, Misc. BRYANT *v.* ADAMS, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 673, Misc. NEAL *v.* OKLAHOMA. Criminal Court of Appeals of Oklahoma. Certiorari denied.

No. 726, Misc. LUPINO *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Acting Assistant Attorney General Foley* and *Beatrice Rosenberg* for the United States.

No. 506, Misc. BRUBAKER *v.* DICKSON, WARDEN. Supreme Court of California. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Quentin Ogren* for petitioner. *Stanley Mosk,* Attorney General of California, and *Arlo E. Smith* and *John S. McInerny,* Deputy Attorneys General, for respondent.

No. 549, Misc. McIVOR *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *John W. Barnum* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.